**DENY and Opinion Filed December 31, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00759-CV

## IN RE EPES TRANSPORT SYSTEM, INC. AND MARK LEFEBVRE, Relators

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01998**

## MEMORANDUM OPINION
Before Justices Whitehill, Pedersen, III, and Carlyle
Opinion by Justice Whitehill

Before the Court is relators' petition for writ of mandamus in which they seek relief from the trial court's orders striking their designation of two expert witnesses and denying reconsideration. Entitlement to mandamus relief requires a relator to show both that the trial court clearly abused its discretion and that no adequate remedy by appeal exists. *See In re Prudential Ins. Co.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding). Based on the petition and the mandamus record

before us, we conclude relators have failed to show they are entitled to the relief requested.  Accordingly, we deny the petition.  *See* TEX. R. APP. P. 52.8(a).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

200759F.P05